

**Contact Information**

 carmaxautofinance.com

P.O. Box 440609 Kennesaw, GA 30160

 (800) 925-3612
Mon-Fri 8am-10pm, Sat 9am-6pm EST

DAVID RAWLINGS
PO BOX 566
HATTIESBURG, MS  39403}

January 14, 2026

RE:     **Notice of Satisfaction**
        Retail Installment Contract Dated: 03/19/21
        2018 HONDA ACCORD - VIN: 1HGCV1F34JA150728
        Account No. XXXX0181
        Customer Name: KIRBY DOWNS
        Bankruptcy Case No. 21-51304

Dear DAVID RAWLINGS,

This communication confirms that the claim for the above-referenced bankruptcy case is paid in full and satisfied. Please discontinue providing further disbursements on this claim.

Sincerely,   /s/Amber Vernon

CarMax Auto Finance
Bankruptcy Department

We're always available to help through our online FAQ or you can contact our customer service team:                                NOS_1024
Phone: (800) 925-3612 | Fax: (770) 422-6421 | Mon-Fri: 8a-10p, Sat 9a-6p ET.