United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                        Case No. 21-51304-KMS

Kirby Lasunja Downs                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                    User: mssbad                         Page 1 of 4
Date Rcvd: May 06, 2026                 Form ID: ntcds13v                    Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Kirby Lasunja Downs, 32 Fats Smith Circle, State Line, MS 39362-9403 |
| 5061982 | | American First Finance, Finwise Bank, Dallas, TX 75356 |
| 5061990 | + | Central Financial Services Inc, P.O. Box 539, Waynesboro, MS 39367-0539 |
| 5061995 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 5061996 | + | Finwise Bank, P.O. Box 565848, Dallas, TX 75356-5848 |
| 5061997 | + | First State Bank, P.O. Box 100, State Line, MS 39362-0100 |
| 5062000 | + | Joseph J. Saffle, 511 Keywood Cir, Flowood, MS 39232-3019 |
| 5062001 | + | Juanita Wingham, 585 Wouldard Berd Rive, State Line, MS 39362-9414 |
| 5062006 | + | Money Center, 801 Azalea Dr, Waynesboro, MS 39367-2720 |
| 5062009 | + | Possible Finance, 500 Yale Ave. N, Seattle, WA 98109-5680 |
| 5071277 | + | QC Title Loans, Inc. dba LoanMaster, 1027 Winter St, Ste 1, Lucedale, MS 39452-5715 |
| 5062012 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 5062013 | | Sunbelt Federal Credit, 6885 US Hwy 49, Hattiesburg, MS 39402 |
| 5062016 | ++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001 address filed with court:, Tower Loan, 131 Channel 16 Way, Jackson, MS 39209-9433 |
| 5067288 | + | Waynesboro Money Center, Inc., 801A Azalea Dr, Waynesboro, MS 39367-2440 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 06 2026 19:46:00 | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS CT, STE 210, KENNESAW, GA 30144 |
| 5061979 | + | Email/Text: bankruptcy@curo.com | May 06 2026 19:46:00 | 1st Hertge Credit, 903 Robinson St, Waynesboro, MS 39367-2455 |
| 5061984 | | EDI: APPLIEDBANK.COM | May 06 2026 23:43:00 | Applied Bank, 4700 Exchange Ct, Boca Raton, FL 33431 |
| 5061983 | | EDI: APPLIEDBANK.COM | May 06 2026 23:43:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 5061985 | | EDI: ATTWIREBK.COM | May 06 2026 23:43:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5061980 | + | Email/Text: bankruptcy@rentacenter.com | May 06 2026 19:46:00 | Acceptance Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 5061981 | + | Email/Text: bnc@teampurpose.com | May 06 2026 19:46:00 | Advance America, 4237-B Lakeland Dr, Flowood, MS 39232-9212 |
| 5061986 | + | Email/Text: nlorenz@bankofmissouri.com | May 06 2026 19:46:00 | Bank of Missouri, 216 W 2nd St, Dixon, MO 65459-8048 |
| 5061987 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 06 2026 19:46:46 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
| Date Rcvd: May 06, 2026 | Form ID: ntcds13v | Total Noticed: 54 |

| Recip | Method | Date | Name/Address |
|---|---|---|---|
| 5061989 | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 06 2026 19:46:00 | CarMax Business Services, LLC, CarMax Auto Finance, Attn Bankruptcy Dept, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 5061988 | EDI: CAPITALONE.COM | May 06 2026 23:43:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5061991 | + EDI: WFNNB.COM | May 06 2026 23:43:00 | Comenity/MPRC, Po Box 182120, Columbus, OH 43218-2120 |
| 5061992 | Email/Text: bankruptcy@credencerm.com | May 06 2026 19:46:00 | Credence Resource Mana, P.O. Box 2238, Southgate, MI 48195-4238 |
| 5061993 | + Email/PDF: creditonebknotifications@resurgent.com | May 06 2026 19:55:49 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5061994 | EDI: DISH | May 06 2026 23:43:00 | Dish Network, PO Box 105169, Atlanta, GA 30348-5169 |
| 5061998 | Email/Text: bankruptcy@frost-arnett.com | May 06 2026 19:46:00 | Frost-Arnett, Po Box 198988, Nashville, TN 37219 |
| 5076103 | Email/PDF: bncnotices@becket-lee.com | May 06 2026 19:55:49 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5061996 | + EDI: JCAFF | May 06 2026 23:43:00 | Finwise Bank, P.O. Box 565848, Dallas, TX 75356-5848 |
| 5064169 | + Email/Text: bankruptcy@curo.com | May 06 2026 19:46:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, First Heritage Credit, 903 Robinson St, Waynesboro, MS 39367-2455 |
| 5434889 | + Email/Text: bankruptcy@towerloan.com | May 06 2026 19:46:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5078294 | + Email/Text: bankruptcy@towerloan.com | May 06 2026 19:46:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5061999 | + EDI: PHINGENESIS | May 06 2026 23:43:00 | Indigo Card, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5062002 | + Email/Text: bankruptcy@kikoff.com | May 06 2026 19:46:00 | Kikoff Lending Llc, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 5062003 | Email/Text: bankruptcies@lead.bank | May 06 2026 19:46:00 | Lead Bank, 1801 Main St, Kansas City, MO 64108 |
| 5446265 | Email/Text: EBN@Mohela.com | May 06 2026 19:46:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 5067697 | + Email/Text: bankruptcydpt@mcmcg.com | May 06 2026 19:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5062005 | + Email/Text: bankruptcydpt@mcmcg.com | May 06 2026 19:46:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5062007 | ^ MEBN | May 06 2026 19:45:07 | Path Group, 5301 Virginia Way, Ste 300, Brentwood, TN 37027-7542 |
| 5062008 | + Email/Text: info@plazaservicesllc.com | May 06 2026 19:46:00 | Plaza Svcs, Inc, 110 Hammaond Dr, Ste 110, Atlanta, GA 30328-4806 |
| 5062010 | + EDI: CCS.COM | May 06 2026 23:43:00 | Progressive Insurance, PO Box 55126, Boston, MA 02205-5126 |
| 5062004 | Email/Text: bankruptcy@qcholdings.com | May 06 2026 19:46:00 | Loan Master, 1027 Winter St # 2, Lucedale, MS 39452 |
| 5072294 | EDI: Q3G.COM | May 06 2026 23:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5062011 | Email/Text: bankruptcy@self.inc | May 06 2026 19:46:00 | Selfinc/lead, 515 Congress Ave, Austin, TX 78701 |
| 5070139 | + EDI: TCISOLUTIONS.COM | May 06 2026 23:43:00 | The Bank of Missouri, 2700 S Lorraine Place, |

District/off: 0538-6       User: mssbad       Page 3 of 4

Date Rcvd: May 06, 2026       Form ID: ntcds13v       Total Noticed: 54

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Sioux Falls SD 57106-3657 |
| 5062014 | + | Email/Text: BCN@timepayment.com | May 06 2026 19:46:00 | Timepayment Corp, LLC., 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 5062015 | + | EDI: TCISOLUTIONS.COM | May 06 2026 23:43:00 | Total Visa, P.O. Box 89940, Sioux Falls, SD 57109-6940 |
| 5079155 | ^ | MEBN | May 06 2026 19:44:43 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5062017 | ^ | MEBN | May 06 2026 19:44:46 | Valor Int Pr, Po Box 551188, Jacksonville, FL 32255-1188 |
| 5076399 | + | EDI: AIS.COM | May 06 2026 23:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5062018 | | Email/Text: bk@wilkinsonlawms.com | May 06 2026 19:46:00 | Wilkinson Law Firm, P.O. Box 321408, Flowood, MS 39232 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5078374 | | CREDITOR ADDED IN ERROR |
| cr | * | First Tower Loan, LLC, Post Office Box 320001, Flowood, MS 39232-0001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Kirby Lasunja Downs jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John E. Tucker | on behalf of Creditor First Tower Loan LLC jtucker@towerloan.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |

District/off: 0538-6                    User: mssbad                          Page 4 of 4
Date Rcvd: May 06, 2026                 Form ID: ntcds13v                     Total Noticed: 54

Thomas Carl Rollins, Jr

on behalf of Debtor Kirby Lasunja Downs trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

Form ntcds13v (12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  21−51304−KMS
Chapter:  13

In re:

Kirby Lasunja Downs
fka Kirby Lasunja Miller
32 Fats Smith Circle
State Line, MS 39362

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

xxx−xx−6817

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

   You are hereby notified that on May 6, 2026,  Kirby Lasunja Downs (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 39). On May 6, 2026, the court entered an *ex parte* order (Dkt. # 40) granting the Debtor's Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 5/6/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790